STATE OF CONNECTICUT *v.* KEITH HOFFLER

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 210 (AC 18259), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Michael L. Moskowitz*, special public defender, in support of the petition.

*Carolyn K. Longstreth*, assistant state's attorney, in opposition.

Decided November 18, 1999

FIRST CHURCH OF CHRIST, SCIENTIST *v.* HISTORIC
DISTRICT COMMISSION OF THE TOWN OF
RIDGEFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 55 Conn. App. 59 (AC 18423), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Sharon Wicks Dornfeld*, in support of the petition.

*J. Allen Kerr, Jr.*, in opposition.

Decided November 18, 1999